PD-1341-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/30/2015 10:58:36 AM
Accepted 8/3/2015 8:32:45 AM
ABEL ACOSTA
CLERK

**No. PD-1341-14**

## TO THE
## COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

*granted*
*PC*
*8-3-15*

| | | |
|---|---|---|
| **STACY STINE CARY** | § | **APPELLANT** |
| **v.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

On Appeal from the Court of Appeals
for the Fifth Judicial District of Texas at Dallas
Court of Appeals No. 05–12–01421–CR

## MOTION OF THE PILLAR OF LAW INSTITUTE
## FOR ADMISSION OF STEPHEN R. KLEIN *PRO HAC VICE*

JAMES "TREY" TRAINOR III
State Bar No. 24042052
Beirne, Maynard & Parsons, L.L.P.
401 W 15th St
Ste. 845
Austin, TX 78701-1667
(512) 623-6700 (Tel.)
ttrainor@bmpllp.com

*COUNSEL OF RECORD*

STEPHEN R. KLEIN
Pillar of Law Institute
455 Massachusetts Ave. NW
Ste. 359
Washington, DC 20001-2742
(202) 815-0855 (Tel.)
stephen.klein@pillaroflaw.org

*OF COUNSEL FOR* AMICUS

**NOW COMES**, Stephen R. Klein, a non-resident attorney, and respectfully requests permission to appear in this Honorable Court *Pro Hac Vice* on behalf of the Pillar of Law Institute. As reason therefore, and upon my oath, I state:

1. My address and telephone numbers are: Stephen R. Klein, Pillar of Law Institute, 455 Massachusetts Ave., ste. 359, Washington, DC 20001-2742; 202.815.0955.

2. I will be associated in the case with James "Trey" Trainor III, a practicing lawyer and a member in good standing of the State Bar of Texas. His address and telephone number are: Beirne, Maynard and Parsons, L.L.P., 401 W 15th Street, ste. 845, Austin, TX 78701-1667; 512.623.6700. His Texas Bar card number is: 24042052.

3. In the past two years, I have appeared *pro hac vice* in Texas as counsel for *amicus curiae* in the following cases: *DeLay v. State*, 443 S.W.3d 909, No. PD-1465-13 (Tex. Crim. App.) (Oct. 1, 2014); *Cary v. State*, 460 S.W.3d 731, No. 05-13-01010-CR (Tex. App.–Dallas) (Mar. 25, 2015).

4. I am an active member in good standing of the Illinois Supreme Court and the Michigan Supreme Court. I am also a member in good standing of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.

5. I have not been the subject of any disciplinary action by any bar or courts during the last five years.

6. I have not been denied admission to the courts of any state or to any federal court during the last five years.

7. I am familiar with the State Bar Act, Rules of the State Bar of Texas governing the conduct of its members, and the Texas Disciplinary Rules of Professional Conduct, and I will comply with these rules so long as such proceeding is pending.

8. This motion is accompanied by a motion of Trey Trainor stating that I am a reputable attorney fit to participate in this particular proceeding.

9. I have included an acknowledgment issued by the Board of Law Examiners.

**WHEREFORE**, based on the foregoing, Stephen Klein respectfully prays this court will allow me to appear in this matter *Pro Hac Vice* on behalf of the Pillar of Law Institute for such other and further relief that may be awarded at law or in equity.

Signed and sworn under the pains and penalties of perjury,

/s/ Stephen Klein
Stephen R. Klein
Pillar of Law Institute
455 Massachusetts Ave.
Ste. 359
Washington, DC 20001-2742
Tel: 202.815.0955
stephen.klein@pillaroflaw.org

## CERTIFICATE OF SERVICE

I certify that on July 30, 2015, a true and correct copy of this **Motion of the**

**Pillar of Law Institute for Admission of Stephen R. Klein** *Pro Hac Vice* was served

by electronic filing on appellate counsel of record in this proceeding as listed below.

Counsel for State
Ken Paxton
Attorney General of Texas

Charles E. Roy
First Assistant Attorney General

Adrienne McFarland
Deputy Attorney General
for Criminal Justice

Edward L. Marshall
Chief, Criminal Appeals Division

Joseph P. Corcoran
Assistant Attorney General
Supervising Attorney for Non-Capital
Appeals Criminal Appeals Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Counsel for Appellant
John M. Helms
Fitzpatrick, Hagood, Smith & Uhl LLP
Chateau Plaza, Ste. 1400
2515 McKinney
Dallas, Texas 75201

/s/ Trey Trainor
James "Trey" Trainor III

# Board of Law Examiners

Appointed by the Supreme Court of Texas

P.O. Box 13486 * Austin, Texas 78711-3486

## Acknowledgment Letter
## Non-Resident Attorney Fee

July 22, 2015

To: Stephen Klein

Via: stephen.klein@pillaroflaw.org

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Stephen Ralph Klein**

**Case: PD-1341-14**

**Texas court or body:** Texas Court of Criminal Appeals Austin

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks

Executive Director

PD-1341-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/30/2015 11:03:39 AM
Accepted 8/3/2015 8:32:21 AM
ABEL ACOSTA
CLERK

## No. PD-1341-14

# TO THE
# COURT OF CRIMINAL APPEALS
# OF THE STATE OF TEXAS

| | | |
|---|---|---|
| **STACY STINE CARY** | § | **APPELLANT** |
| v. | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

On Appeal from the Court of Appeals
for the Fifth Judicial District of Texas at Dallas
Court of Appeals No. 05–12–01421–CR

## MOTION OF JAMES "TREY" TRAINOR SUPPORTING
## ADMISSION OF STEPHEN R. KLEIN *PRO HAC VICE*

JAMES "TREY" TRAINOR III
State Bar No. 24042052
Beirne, Maynard & Parsons, L.L.P.
401 W 15th St
Ste. 845
Austin, TX 78701-1667
(512) 623-6700 (Tel.)
ttrainor@bmpllp.com

*COUNSEL OF RECORD*

STEPHEN R. KLEIN
Pillar of Law Institute
455 Massachusetts Ave. NW
Ste. 359
Washington, DC 20001-2742
(202) 815-0855 (Tel.)
stephen.klein@pillaroflaw.org

*OF COUNSEL FOR* AMICUS

**NOW COMES,** James "Trey" Trainor III, respectfully requesting this Honorable Court grant the motion on behalf of the Pillar of Law Institute for admission of Stephen R. Klein *Pro Hac Vice*. Upon my oath, I state:

1. Stephen R. Klein will be associated with me in the proceedings of this cause.

2. I find Stephen R. Klein to be a reputable attorney and recommend that he be granted permission to participate in this proceeding before this Court.

Respectfully submitted,

/s/ Trey Trainor
JAMES "TREY" TRAINOR III
State Bar No. 24042052
Beirne, Maynard & Parsons, L.L.P.
401 W 15th St
Ste. 845
Austin, TX 78701-1667
(512) 623-6700 (Tel.)
ttrainor@bmpllp.com

# CERTIFICATE OF SERVICE

I certify that on July 30, 2015, a true and correct copy of this **Motion Supporting Admission of Stephen R. Klein *Pro Hac Vice*** was served by electronic filing on appellate counsel of record in this proceeding as listed below.

Counsel for State
Ken Paxton
Attorney General of Texas

Charles E. Roy
First Assistant Attorney General

Adrienne McFarland
Deputy Attorney General
for Criminal Justice

Edward L. Marshall
Chief, Criminal Appeals Division

Joseph P. Corcoran
Assistant Attorney General
Supervising Attorney for Non-Capital
Appeals Criminal Appeals Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Counsel for Appellant
John M. Helms
Fitzpatrick, Hagood, Smith & Uhl LLP
Chateau Plaza, Ste. 1400
2515 McKinney
Dallas, Texas 75201

/s/ Trey Trainor
James "Trey" Trainor III